RECEIVED
JAN 22 2018
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MONICA R. SPAN | CIVIL ACTION 1:17-CV-01526 |
| VERSUS | JUDGE DRELL |
| LOUISIANA WORKFORCE COMMISSION | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

IT IS FURTHER RECMMENDED that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) be DENIED as moot.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 22nd day of January, 2018.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT COURT